# EXHIBIT A-1

UVALDE DISTRICT CLERK'S OFFICE - 07/17/24 - ALL COURTS
CIVIL ACTIVITY LIST - CASE: 2024-05-35552-CV
DETAIL RPT - ALL PLEADINGS - PAGE 1

| CASE # | | PLAINTIFF NAME(1) PLT ATTORNEY(1) | DEFENDANT NAME(1) DEF ATTORNEY(1) | | | |
|--------|------|-------------|---------|------|------|--------|
| PL DTE/S | CODE | DESCRIPTION | REMARKS | DPTY | # PP | AMOUNT |
| 2024-05-35552-C | | GONZALEZ, CELIA MARTINEZ SHERMAN ,STEPHANIE | DANIEL DEFENSE, LLC A/K/A DA No Defense Atty on file. | | | |
| 05/28/24 | CV | ORIGINAL PETITION CIVIL | PET-PETITION FILING CODE CHOSEN, CELIA MARTINEZ GONZALES, ET AL. PETITION | KSEN | 64 | 350.00 |
| 05/28/24 | REC | RECEIPT ISSUED | 213443 | KSEN | | 350.00 |
| 06/25/24 | NFD | NO FEE DOCUMENTS | CIVIL INFORMATION SHEET | KSEN | 3 | 0.00 |
| 06/27/24 | CV-CIT | ISSUE CITATION | | KSEN | | 64.00 |
| 06/27/24 | REQ | REQUEST | CIVIL PROCESS REQUEST | KSEN | 1 | 0.00 |
| 06/27/24 | REQ | REQUEST | CIVIL PROCESS REQUEST | KSEN | 1 | 0.00 |
| 06/27/24 | REQ | REQUEST | CIVIL PROCESS REQUEST | KSEN | 1 | 0.00 |
| 06/27/24 | REQ | REQUEST | CIVIL PROCESS REQUEST | KSEN | 1 | 0.00 |
| 06/27/24 | REQ | REQUEST | CIVIL PROCESS REQUEST | KSEN | 1 | 0.00 |
| 06/27/24 | REQ | REQUEST | CIVIL PROCESS REQUEST | KSEN | 1 | 0.00 |
| 06/27/24 | REQ | REQUEST | CIVIL PROCESS REQUEST | KSEN | 1 | 0.00 |
| 06/27/24 | REQ | REQUEST | CIVIL PROCESS REQUEST | KSEN | 1 | 0.00 |
| 06/27/24 | REC | RECEIPT ISSUED | 213695 | KSEN | | 64.00 |
| 06/27/24 | CI | CITATION ISSUED | CITATION ISSSUED ON DANIEL DEFENSE, LLC A/K/A DANIEL DEFENSE, INC. | KSEN | 0 | 0.00 |
| 06/27/24 | CI | CITATION ISSUED | CITATION ISSUED ON DANIEL DEFENSE HOLDINGS, LLC | KSEN | 0 | 0.00 |
| 06/27/24 | CI | CITATION ISSUED | CITATION ISSUED ON EOTECH, LLC | KSEN | 0 | 0.00 |
| 06/27/24 | CI | CITATION ISSUED | CITATION ISSUED ON FIREQUEST INTERNATIONAL, INC. | KSEN | 0 | 0.00 |
| 06/27/24 | CI | CITATION ISSUED | CITATION ISSUED ON FLASH CO., INC. | KSEN | 0 | 0.00 |
| 06/27/24 | CI | CITATION ISSUED | CITATION ISSUED ON M.C. DANIEL GROUP, INC. | KSEN | 0 | 0.00 |
| 06/27/24 | CI | CITATION ISSUED | CITATION ISSUED ON OASIS OUTBACK, LLC | KSEN | 0 | 0.00 |
| 06/27/24 | CI | CITATION ISSUED | CITATION ISSUED ON PROJECT ECHO HOLDINGS, LLC D/B/A AMERICAN HOLOPTICS | KSEN | 0 | 0.00 |
| 07/02/24 | CV-COPS | COPIES-SERVICE | | KSEN | | 11.00 |
| 07/02/24 | REQ | REQUEST | LETTER TO THE COURT REQUESTING CITATIONS BE MAILED VIA CERTIFIED MAIL | KSEN | 1 | 0.00 |
| 07/02/24 | REC | RECEIPT ISSUED | 213770 | KSEN | | 11.00 |
| 07/16/24 | GREEN CAR | GREEN CARD RETURNED | GREEN CARD RTN | AVER | 0 | 0.00 |

**TOTAL PLEADINGS PRINTED: 25**